**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ADOPTION OF A.M.J.       :   No. 293 WAL 2023
                                         :
                                         :

PETITION OF: D.A.J., FATHER      :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.